IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

EDDIE JETER,

Defendant.

Nos. 97-20234-41 and
05-20014

*MOTION GRANTED*
*JON PHIPPS McCALLA*
*U.S. DISTRICT JUDGE*

## MOTION REQUESTING EXTENSION OF TIME TO SURRENDER

COMES NOW your Defendant, EDDIE JETER, by and through his Attorney of Record, Jake Erwin, and would respectfully request this Honorable Court to extend the date for your Defendant to surrender to the Bureau of Prisons. In support of this motion, your Defendant would respectfully submit the following:

1. Defendant would submit that he was to have undergone surgery to remove one of his eyes in early July. Prior to having this surgery it was discovered that he had two significant arterial blockages. On July 7, 2005, Defendant was hospitalized and received two arterial stents.

2. Defendant is presently recovering, but has been advised that more surgery may be likely due to lack of improvement.

3. Moreover, Defendant is still in need of the eye surgery.

4. Defendant requests at least 30 additional days to surrender so that he may continue his recovery, to determine whether more heart surgery is necessary, and whether he will have his eye surgery.

5. Attached hereto is Defendant's current medical records.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-4-05

1



6. Counsel has consulted with Assistant United States Attorney Carol Andre, who has advised that he has no objection to the request.

WHEREFORE, PREMISES CONSIDERED, your Defendant respectfully requests this Honorable Court to extend the time for which your Defendant should surrender.

RESPECTFULLY SUBMITTED,

Jake E. Erwin   #020728
THE WAGERMAN LAW FIRM
Suite 1313, 200 Jefferson Avenue
Memphis, Tennessee 38103
(901) 527-0644

## CERTIFICATE OF SERVICE

I, Jake Erwin, certify that a copy of the foregoing Motion was furnished to the U.S. Attorney's Office, 167 N. Main, 8th Floor, Memphis, Tennessee on this 3 day of August, 2005.

Attorney for Defendant

2

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:    JETER, EDDIE D
ACCT#:   E 0518800400                CARDIAC CATHETERIZATION
DICTATED BY:  SHAHID I. KHAN, M.D.
PHYSICIAN:    SHAHID I. KHAN, M.D.
ROOM#:   2127
UNIT#:   0000277090


DATE OF ADMISSION:  07/07/2005

DATE OF CATHETERIZATION:  07/07/2005

PROCEDURE:
    PTCA and intracoronary stent to proximal 90% left anterior
    descending artery stenosis.

REFERRING PHYSICIAN:  Leona Miller, M.D.

EQUIPMENT:
    1.  8-French JL4 guiding catheter.
    2.  Whisper 0.014 wire.
    3.  3.5 x 24-mm long TAXUS drug-eluting stent.

PROCEDURE:  After risks and benefits of procedure were
extensively explained to the patient and family in detail and
informed consent was signed, the patient was brought to the
cardiac catheterization laboratory.

The patient's right groin was prepped and draped in the usual
sterile fashion.  Right femoral artery was cannulated with
modified Seldinger technique and an 8-French introducer sheath
was positioned into the right femoral artery.  An 8-French JL4
guiding catheter was advanced.  The left main coronary ostium was
engaged.  Guiding views were obtained.  The patient was given
Angiomax bolus and started on Angiomax drip.  Whisper 0.014 wire
was shaped and advanced through the guiding catheter.  Wire was
positioned into the distal LAD.  There was some ostial stenosis
of a small diagonal branch.  A 3.5 x 24-mm long TAXUS drug-
eluting stent was prepped and advanced over the wire.  Stent was
positioned at the area of stenosis.  Stent was successfully
deployed at 18 atmospheres.  Balloon was pulled out.  Views were
obtained.  There was good antegrade flow with no residual and no
dissection.  There was some compromise of flow into the small
diagonal branch; however, the inflow got established.

Wire was redirected into the diagonal branch, unable to cross it.
Decision was made since the flow was established and it's a small


CARDIAC CATHETERIZATION
Page 1 of 2


PRINTED BY: MCM7524
DATE: 7/27/2005

ID 75516 07/09/2005 07:40
DD: 07/07/2005 08:44

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:        JETER, EDDIE D
ACCT#:       E 0518800400                CARDIAC CATHETERIZATION
DICTATED BY: SHAHID I. KHAN, M.D.
PHYSICIAN:   SHAHID I. KHAN, M.D.
ROOM#:       2127
UNIT#:       0000277090

diagonal branch not to proceed further because of inability to cross the wire at the ostium of the diagonal. There was good antegrade flow into the LAD. There was some mild 40% stenosis in the distal LAD near the apex. Decision was made not to deploy any stent over there.

The patient was given Integrilin bolus and was started on Integrilin drip.

CONCLUSION: Successful percutaneous transluminal coronary angioplasty (PTCA) and drug-eluting stent to 90% proximal left anterior descending (LAD) stenosis.

CC: Leona Miller, M.D.


_____
SHAHID I. KHAN, M.D.


CARDIAC CATHETERIZATION
Page 2 of 2
Authenticated by Shahid I. Khan, M.D. On 7/12/05 5:06:57 PM

PRINTED BY: MCM7524
DATE: 7/27/2005

CHEMISTRY

```
        COLL.DATE:   07/08/05    07/07/05
        COLL.TIME:   0414        0659
                     ----------  ----------
PROCEDURE                                           UNITS      REF.RANGE

                              BIOCHEMICALS
SODIUM               142         142               mmol/L      135-145
POTASSIUM            3.4 L       4.0               mmol/L      3.5-5.0
CHLORIDE             104         106               mmol/L      98-107
CARBON DIOXIDE       29          27                mmol/L      22-30
ANION GAP            13          13                            8-16

UREA NITROGEN        14          13                mg/dL       9-21
CREATININE           1.3         1.5 H             mg/dL       0.5-1.4
B/C                  11          9 L                           10-20

GLUCOSE              89          107               mg/dL       70-115
CALCIUM              8.9         9.1               mg/dL       8.5-10.0
```

CHEMISTRY

```
        COLL.DATE:   07/07/05
        COLL.TIME:   0659
                     ----------
PROCEDURE                                           UNITS      REF.RANGE

                              LIPID PROFILE
TRIGLYCERIDES        108                            mg/dl      < 150



HDL CHOLESTEROL      32 L                           mg/dl      >/= 40
LDL CHOLESTEROL      38                             mg/dl      < 130
TC/HDL RATIO         2.88 f
CHOLESTEROL          92                             mg/dl      < 200
```

LEGEND
L =Low, H =High, f = Footnote
  = TRIGLYCERIDES, HDL CHOLESTEROL, LDL CHOLESTEROL, TC/HDL RATIO, CHOLESTEROL    MEMPHIS PATHOLOGY LABORATORY
            5846 DISTRIBUTION DR, MEMPHIS TN 38141
TC/HDL RATIO... 07/07/05 0659     AVERAGE CORONARY RISK RATIO FOR MALES:  4.97

ADM DT: 07/07/2005              PT NAME:     JETER, EDDIE D
DR. KHAN, SHAHID I              AGE/SEX: 58 YRS M        UNIT # (00002)00-00277090

DISCHARGE DATE: 07/08/05        ROOM NO: 2127            FIN #: 05188-00400



    PRINTED BY: MCM7524
    DATE: 7/27/2005

07/09/05
0017

BAPTIST MEMORIAL HOSPITAL
6225 HUMPHREYS BLVD/ 6019 WALNUT GROVE
MEMPHIS, TENNESSEE

PAGE: 1

Case 2:05-cr-20014-JPM   Document 20   Filed 08/03/05   Page 6 of 8   PageID 36

## HEMATOLOGY

| COLL.DATE: | 07/08/05 | 07/07/05 | | UNITS | REF.RANGE |
|---|---|---|---|---|---|
| COLL.TIME: | 0414 | 0659 | | | |
| PROCEDURE | | | | | |
| RED CELL PARAMETERS | | | | | |
| RBC | 4.42 | 4.74 | | M/uL | 4.30-5.70 |
| HEMOGLOBIN | 13.4 L | 14.1 | | g/dL | 14.0-18.0 |
| HEMATOCRIT | 39.6 L | 42.5 | | % | 40.0-54.0 |
| MCV | 89.7 | 89.6 | | fL | 80.0-97.0 |
| MCH | 30.3 | 29.6 | | pg | 27.0-32.0 |
| MCHC | 33.8 | 33.1 | | % | 32.0-36.0 |
| RDW | 12.5 | 12.6 | | % | 11.5-14.5 |
| PLATELET COUNT | | | | | |
| PLATELETS | 135 L | 163 | | K/uL | 150-500 |
| MEAN PLT VOL | 8.9 | 9.2 | | fL | 7.4-10.4 |
| WHITE CELL COUNT | | | | | |
| WBC | 5.3 | 4.8 L | | K/uL | 5.0-10.0 |

## COAGULATION

COLL.DATE: 07/07/05
COLL.TIME: 1203
ACTIVATED CLOTTING TIME


ACTIVATED CLOTTING TIME
    ACTIVATED CLOTTING TIME

    SEE PATIENT CHART FOR LABORATORY RESULTS PERFORMED AT THE BEDSIDE BY RN.
    ACTIVATED CLOTTING TIME NORMAL RANGE:   92-136 secs


LEGEND
L =Low

ADM DT: 07/07/2005            PT.NAME:      JETER, EDDIE D
DR. KHAN, SHAHID  I           AGE/SEX: 58 YRS M         UNIT # (00002)00-00277090

DISCHARGE DATE: 07/08/05      ROOM NO: 2127             FIN #: 05188-00400


PRINTED BY: MCM7524
DATE: 7/27/2005

Case 2:05-cr-20014-JPM Document 20   Filed 08/03/05   Page 7 of 8   PageID 37

COAGULATION

COLL.DATE: 07/07/05
COLL.TIME: 1038
ACTIVATED CLOTTING TIME

ACTIVATED CLOTTING TIME
    ACTIVATED CLOTTING TIME

    SEE PATIENT CHART FOR LABORATORY RESULTS PERFORMED AT THE BEDSIDE BY RN.
    ACTIVATED CLOTTING TIME NORMAL RANGE:   92-136 secs

COLL.DATE: 07/07/05
COLL.TIME: 0837
ACTIVATED CLOTTING TIME

ACTIVATED CLOTTING TIME
    ACTIVATED CLOTTING TIME

    SEE PATIENT CHART FOR LABORATORY RESULTS PERFORMED AT THE BEDSIDE BY RN.
    ACTIVATED CLOTTING TIME NORMAL RANGE:   92-136 secs


ADM DT: 07/07/2005           PT NAME:      JETER, EDDIE D
DR. KHAN, SHAHID I           AGE/SEX: 58 YRS M          UNIT # (00002)00-00277090

DISCHARGE DATE: 07/08/05     ROOM NO: 2127              FIN #: 05188-00400


PRINTED BY: MCM7524
DATE: 7/27/2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20014 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT