IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 NOV -3 AM 9: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. 97-20234-41 and 05-20014

EDDIE JETER,

    Defendant.

---

### ORDER GRANTING EXTENSION OF TIME TO SURRENDER

---

Before this Honorable Court is Defendant Eddie Jeter's Motion to extend the time

period for him to surrender to the Bureau of Prisons. Based upon the statements of

counsel and the record herein, the Court finds the motion well taken;

IT IS THEREFORE ORDERED ADJUDGED AND DECREED, that the

Defendant's request to extend the surrender date is GRANTED. Defendant shall report

directly to the specified designation with the Bureau of Prisons on

Friday, 1/6/06 by 2:00 PM

Entered this the 2nd day of Nov. , 2005.

THE HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-3-05

29

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20014 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT